# Order

Michigan Supreme Court
Lansing, Michigan

January 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159691(59)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CITY OF DEARBORN,
        Plaintiff/Counterdefendant-
        Appellee,

v

SC: 159691
COA: 339704
Wayne CC: 15-012788-CH

BANK OF AMERICA,
        Defendant/Cross-Defendant-
        Appellee,
and

WEST DEARBORN PARTNERS LLC,
        Defendant/Counterplaintiff/
        Cross-Plaintiff-Appellant.
_____/

On order of the Chief Justice, the motion of appellant to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before January 31, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 7, 2020



Clerk